942 A.2d 895

**Gregory DUNBAR, Appellant**

v.

**Jeffrey BEARD, Secretary for the Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Feb. 19, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of February, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED.**

942 A.2d 895

**Glue WILKINS, Appellant**

v.

**Zygmont A. PINES, Esq., Court Administrator of Pennsylvania, Supreme Court of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Feb. 19, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of February, 2008, the Order of the Commonwealth Court is AFFIRMED.